UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HORACE HILL Jr.,<br><br>                Plaintiff,<br><br>  v.<br><br>SCHMIDT, et al.,<br><br>                Defendant. | CASE NO. 3:23-cv-05890-TL-BAT<br><br>**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENTS** |

Plaintiff is a prisoner proceeding *pro se* in this civil rights action. The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, hereby finds and ORDERS as follows:

(1)    The Court GRANTS plaintiff's application to proceed *in forma pauperis*. Dkt. 1.

(2)    Pursuant to 28 U.S.C. § 1915, and plaintiff's approved application to proceed *in forma pauperis*, the agency having custody of the above-named plaintiff is directed to calculate an initial partial filing fee equal to 20 percent of the greater of either: (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the date of this Order. The initial partial filing fee should be forwarded to the Clerk of Court as soon as practicable.

1 | Subsequently, if the prisoner's account exceeds $10.00, each month the agency having
2 | custody of the prisoner is directed to collect and forward payments equal to 20 percent of the
3 | prisoner's preceding month's income credited to the prisoner's account.  In the event that the
4 | monthly payment would reduce the prisoner's account below $10.00, the agency should collect
5 | and forward only that amount which would reduce the prisoner's account to the $10.00 level.
6 | Please note that this $10.00 limit does not apply to the initial partial filing fee described above.
7 | Finally, the monthly payments should be collected and forwarded to the Court until the entire
8 | filing fee ($350.00) for this matter has been paid.

(3) The Clerk is directed to send a copy of this Order to plaintiff, to the financial officer of this Court, and to the agency having custody of plaintiff.

DATED this 5th day of October, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS AND DIRECTING INSTITUTION TO
CALCULATE, COLLECT, AND FORWARD PAYMENTS - 2