UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HORACE HILL, JR,<br><br>      Plaintiff,<br> v.<br><br>SCHMIDT et al,<br><br>      Defendant. | CASE NO. 3:23-cv-05890-TL-BAT<br><br>ORDER ADOPTING REPORT & RECOMMENDATION |

  This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 11). Having reviewed the Report and Recommendation, as well as the remaining record, and no objections or responses to the Report and Recommendation having been filed, ORDERS as follows:

  (1) The Court ADOPTS the Report and Recommendation.

  (2) The motion for appointment of counsel (Dkt. No. 9) is DENIED.

  (3) The case is DISMISSED without prejudice.

ORDER ADOPTING REPORT & RECOMMENDATION - 1

(4) The Clerk is DIRECTED to send a copy of this Order to Plaintiff.

Dated this 27th day of November 2023.

Tana Lin
United States District Judge